IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:12cr32-SPM

YOHANNY HERNADEZ-MERCADO

_____/

**ACCEPTANCE OF GUILTY PLEA**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, YOHANNY HERNANDEZ-MERCADO, to Count Two of the indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 31st day of October, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge